

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-24-00243-CV

| | | |
|---|---|---|
| L.O.D.C. GROUP, LTD., D/B/A LILY OF THE DESERT NUTRACEUTICALS, AND L.O.D.C., INC., D/B/A LILY OF THE DESERT, Appellants | § | On Appeal from the 481st District Court |
| | § | of Denton County (18-3350-393) |
| V. | § | April 17, 2025 |
| ALMA LOPEZ, Appellee | § | Memorandum Opinion by Justice Walker |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellants L.O.D.C. Group, LTD., d/b/a Lily of the Desert Nutraceuticals and L.O.D.C., Inc., d/b/a Lily of the Desert shall bear the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS


By <u>Brian Walker</u>
    Justice Brian Walker